# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| LI CHUAN DI, | *<br>* |
| Petitioner, | *  CIVIL ACTION NO.: 5:17-cv-59<br>* |
| v. | *<br>* |
| MICHAEL MOORE, | *<br>* |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Petitioner Li Chuan Di ("Di") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Di's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Orders and failure to prosecute. The Court **DENIES** Di *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 31 day of August, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)